CHARLOTTE ROSEN v. SURF REALTY COMPANY.

July 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK TURNER.

July 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY LEE DAVIS.

July 14, 1981.

Petition for certification denied.

STATE IN THE INTEREST OF P.P.

July 14, 1981.

Petition for certification denied.